NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FREDDIE BELL, JR.,**
*Claimant-Appellant*

v.

**ROBERT A. MCDONALD, SECRETARY OF
VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2014-7129

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-1088, Judge Robert N. Davis.

---

Decided: May 15, 2015

---

MATTHEW ROSS KELLER, Odin, Feldman & Pittleman, P.C., Reston, VA, argued for claimant-appellant.

TANYA KOENIG, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by JOYCE R. BRANDA, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.; DAVID J. BARRANS, CHRISTINA LYNN GREGG, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

———————————

Before DYK, REYNA, and CHEN, *Circuit Judges.*

PER CURIAM.

The case is dismissed for lack of jurisdiction. 38 U.S.C. § 7292(d)(2).

**DISMISSED**